UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

ANTHONY WALLACE,                          JUDGMENT IN A CIVIL CASE

     Plaintiff,

vs.


JENNIFER M. HOLLOWAY, et al.              CASE NO: 16-2390-STA-egb

     Defendants.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.


**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing Claims, Certifying an Appeal Would Not Be Taken in Good Faith and Notifying Plaintiff of Appellate Filing Fee entered on September 11, 2017, this cause is hereby DISMISSED.




                                        APPROVED:


s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 9/11/2017                    THOMAS M. GOULD
                                  Clerk of Court


                                    s/Maurice B. BRYSON

                                  (By)  Deputy Clerk