# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY WALLACE, | ) |
| Plaintiff, | ) |
| vs. | ) No. 2:16-cv-02390-STA-egb |
| WILLIAM BRYANT, | ) |
| Defendant. | ) |

## ORDER ON THE SERVICE OF PROCESS ON DEFENDANT WILLIAM BRYANT

On August 13, 2018, a Notice of Summons Returned as Executed was filed with the Court (ECF No. 13). As indicated in the Proof of Service, however, the Summons was served on "Melissa Hoffman (AWS Secretary), who is designated by law to accept service of process on behalf of WTSP (Henning, TN)." The West Tennessee State Penitentiary is a not a defendant in this case. Defendant William Bryant is in fact the only remaining defendant in this case. Personal service may not be made by leaving process with another individual at Defendant's place of employment. And there is no indication that Ms. Hoffman is "an agent authorized by appointment or by law to receive service of process" *on behalf of Defendant* rather than Defendant's employer. *See* Fed. R. Civ. P. 4(e)(2)(C); *Breezley v. Hamilton Cnty.*, 674 F. App'x 502, 505 (6th Cir. 2017).

The Clerk of the Court is therefore **DIRECTED** to re-issue process for William Bryant, West Tennessee State Penitentiary, 480 Green Chapel Road, Henning, Tennessee 39041-1150, and deliver it to the Marshal for service. The Marshal is likewise **DIRECTED** to serve Defendant Bryant *personally*, pursuant to Fed. R. Civ. P. 4(e)(2)(A) and Tenn. R. Civ. P. 4.04(1).

All costs of service shall be advanced by the United States.

**IT IS SO ORDERED.**

                                        **s/ S. Thomas Anderson**
                                        S. THOMAS ANDERSON
                                        CHIEF UNITED STATES DISTRICT JUDGE

Date: August 15, 2018.