# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **ANTHONY WALLACE,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JAMES M. HOLLOWAY, et al.,** )<br>)<br>Defendants. ) | No. 2:16-cv-02390-STA-jay |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 11, 2019, the Court granted Anthony Wallace a default judgment against William Bryant and referred this matter to United States Magistrate Judge Jon A. York for determination of damages. (ECF No. 30.) On April 17, 2020, the Magistrate Judge entered his Report and Recommendation awarding Plaintiff Five Hundred Dollars ($500.00) in damages. (ECF No. 39.) The parties have not filed objections to the Report and Recommendation. This Court has reviewed the Report and Recommendation and agrees with the conclusion of the Magistrate Judge. This Court hereby adopts the Magistrate Judge's Report and Recommendation pursuant to Fed. R. Civ. P. 72(b)(3). Consistent with the Report and Recommendation, Plaintiff is awarded $500.00.[1]

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: June 4, 2020.

---

[1] The Court is in receipt of the letter from Plaintiff requesting that the monetary award be sent to his limited power of attorney (ECF No. 40.) but declines to entertain the request.